In re Petition of the City of Pittsburg for the appointment of viewers. Appeal of James J. Mead, Frank H. Speer and Dr. Frank LeMoyne.

Argued Nov. 10, 1896. Appeals, No. 35, 40 and 84, Oct. T., 1896, by James J. Mead, Frank H. Speer and Frank LeMoyne, from order of C. P. No. 3, Allegheny Co., Feb. T., 1895, No. 532, dismissing exceptions to report of viewers. Before STERRETT, C. J., GREEN, WILLIAMS, McCOLLUM, MITCHELL, DEAN and FELL, JJ. Affirmed.

OPINION BY MR. JUSTICE FELL, January 4, 1897:

These appeals raise the same questions that have been decided in the appeal of Maria F. Smith, ante, p. 630, in which the opinion of the court has been filed, and the decree of the court in each case is affirmed at the cost of the appellants.